UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Miguel Mora Nunez

Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE
25 ~~CR~~ 2309 ( ) ( )
mj

Defendant __Miguel Francisco Mora Nunez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [X] Initial Appearance/Appointment of Counsel

- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- [X] Preliminary Hearing on Felony Complaint

- [ ] Bail/Revocation/Detention Hearing

- [ ] Status and/or Scheduling Conference

- [ ] Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

__Miguel Mora Nunez__
Print Defendant's Name

__Natali Todd__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

7/31/25
Date

_____
U.S. Magistrate Judge